# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 06-CR-278

PRESTON MORSE,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

    A.    Approximately $5,902.00 in United States currency seized from the residence located at 3815 North 82nd Street, Milwaukee, Wisconsin, on or about October 31, 2006.

**IT IS FURTHER ORDERED** that the above item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 3rd day of June, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge